mackaybailey
Commercial and Rural Accountants

# Annual Report

Hayst Holdings Limited
For the year ended 31 March 2017

Prepared by Mackay Bailey Ltd

# Contents

3   Directory

4   Statement of Profit or Loss

5   Statement of Changes in Equity

6   Balance Sheet

7   Shareholder Current Accounts

8   Depreciation Schedule

9   Notes to the Financial Statements

12  Compilation Report



# Directory

**Hayst Holdings Limited**
**For the year ended 31 March 2017**

**Nature of Business**

Consulting

**IRD Number**

112-822-321

**Company Number**

4779179

**Date of Incorporation**

18 November 2013

**Company Status**

Standard

**GST Registration**

 Not Registered

**Directors**

Matthew Wolfe

**Registered Office**

2 Richmond Avenue
Halswell
Christchurch
New Zealand

**Bankers**

Kiwibank
Waterloo Quay
Wellington

**Shareholders**

Matthew Wolfe - 12,000,000 shares

**Chartered Accountant**

Mackay Bailey Limited
109 Blenheim Road
Christchurch 8141



# Statement of Profit or Loss

## Hayst Holdings Limited
### For the year ended 31 March 2017

|  | NOTES | 2017 | 2016 |
|---|---|---|---|
| **Income** | | | |
| Sales | | 88,567 | 78,358 |
| Interest Income | | - | 119 |
| **Total Income** | | **88,567** | **78,476** |
| **Expenses** | | | |
| ACC Levies | | 1,586 | 73 |
| Advertising | | - | 776 |
| Assets Under $500 | | - | 102 |
| Bank Fees | | 585 | 168 |
| Consulting & Accounting | | 2,185 | 1,955 |
| Depreciation | | 241 | 483 |
| Domain Name Fees | | 2,396 | 3,571 |
| Entertainment | | - | 152 |
| Foreign Currency Gains and Losses | | 1,457 | - |
| General Expenses | | 45 | - |
| Hosting | | 717 | 864 |
| Legal expenses | | - | 45 |
| Subcontracting | | 66,751 | 42,515 |
| Subscriptions | | - | 190 |
| **Total Expenses** | | **75,963** | **50,894** |
| **Net Operating Profit (Loss)** | | **12,604** | **27,583** |
| **Shareholder Remuneration** | | | |
| Shareholder Salary | | 12,604 | 27,583 |
| **Total Shareholder Remuneration** | | **12,604** | **27,583** |
| **Net Profit (Loss) Before Taxation** | | **-** | **-** |

These financial statements have been prepared without conducting an audit or review engagement and should be read in conjunction with the attached Compilation Report and Notes to the Financial Statements.



# Statement of Changes in Equity

## Hayst Holdings Limited
### For the year ended 31 March 2017

|  | 2017 | 2016 |
|---|---:|---:|
| **Equity** | | |
| Opening Balance | 120 | 120 |
| **Increases** | | |
| Profit for the Period | - | - |
| **Total Increases** | - | - |
| **Total Equity** | 120 | 120 |

These financial statements have been prepared without conducting an audit or review engagement and should be read in conjunction with the attached Compilation Report and Notes to the Financial Statements.



# Balance Sheet

## Hayst Holdings Limited
### As at 31 March 2017

|  | NOTES | 31 MAR 2017 | 31 MAR 2016 |
|---|---|---:|---:|
| **Assets** | | | |
| **Current Assets** | | | |
| Accounts Receivable | | 3,091 | - |
| Kiwibank - Cheque | | 3,464 | 229 |
| Kiwibank - Savings | | 25 | 25 |
| Kiwibank - USD Account | | 286 | - |
| Income Tax Receivable | | - | 39 |
| Shareholder Current Accounts | | - | 724 |
| **Total Current Assets** | | **6,867** | **1,017** |
| **Non-Current Assets** | | | |
| Property, Plant and Equipment | | 241 | 483 |
| **Total Non-Current Assets** | | **241** | **483** |
| **Total Assets** | | **7,108** | **1,500** |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| Accounts Payable | | 2,185 | 1,380 |
| Shareholder Current Accounts | | 4,803 | - |
| **Total Current Liabilities** | | **6,988** | **1,380** |
| **Total Liabilities** | | **6,988** | **1,380** |
| **Net Assets** | | **120** | **120** |
| **Equity** | | | |
| Share Capital | | 120 | 120 |
| Retained Earnings | | - | - |
| **Total Equity** | | **120** | **120** |

These financial statements have been prepared without conducting an audit or review engagement and should be read in conjunction with the attached Compilation Report and Notes to the Financial Statements.



# Shareholder Current Accounts

**Hayst Holdings Limited**
**For the year ended 31 March 2017**

|  | 2017 | 2016 |
|---|---:|---:|
| **Shareholder Current Accounts** | | |
| **Matthew Wolfe** | | |
| Opening Balance | (724) | 23,334 |
| **Increases** | | |
| Shareholder Salary | 12,604 | 27,583 |
| **Total Increases** | **12,604** | **27,583** |
| **Decreases** | | |
| Funds Withdrawn | 5,898 | 51,000 |
| ACC Earner Levy | - | 490 |
| Tax Payments | 1,179 | 151 |
| **Total Decreases** | **7,077** | **51,641** |
| **Total Matthew Wolfe** | **4,803** | **(724)** |
| **Total Shareholder Current Accounts** | **4,803** | **(724)** |

These financial statements have been prepared without conducting an audit or review engagement and should be read in conjunction with the attached Compilation Report and Notes to the Financial Statements.

# Depreciation Schedule

## Hayst Holdings Limited
### For the year ended 31 March 2017

| NAME | COST | OPENING VALUE | PURCHASES | DISPOSALS | RATE | METHOD | DEPRECIATION | CLOSING ACCUM DEP | CLOSING VALUE |
|---|---|---|---|---|---|---|---|---|---|
| **Computer Software** | | | | | | | | | |
| Tube Script Software | 966 | 483 | - | - | 50.00% | DV | 241 | 724 | 241 |
| **Total Computer Software** | **966** | **483** | **-** | **-** | | | **241** | **724** | **241** |
| **Total** | **966** | **483** | **-** | **-** | | | **241** | **724** | **241** |



# Notes to the Financial Statements

## Hayst Holdings Limited
## For the year ended 31 March 2017

### 1. Reporting Entity

Hayst Holdings Limited is a company incorporated under the Companies Act 1993.

This special purpose financial report was authorised for issue in accordance with a resolution of directors dated 5 July 2019.

### 2. Statement of Accounting Policies

#### Basis of Preparation

These financial statements have been prepared in accordance with the Special Purpose Framework for use by For-Profit Entities (SPFR for FPEs) published by Chartered Accountants Australia and New Zealand.

The financial statements have been prepared for taxation purposes.

#### Historical Cost

These financial statements have been prepared on a historical cost basis. The financial statements are presented in New Zealand dollars (NZ$) and all values are rounded to the nearest NZ$, except when otherwise indicated.

#### Changes in Accounting Policies

There have been no changes in accounting policies. Polices have been applied on a consistent basis with those of the previous reporting period.

#### Income Tax

Income tax is accounted for using the taxes payable method. The income tax expense in profit or loss represents the estimated current obligation payable to Inland Revenue in respect of each reporting period after adjusting for any variances between estimated and actual income tax payable in the prior reporting period.

#### Goods and Services Tax

The entity is not registered for GST. Therefore all amounts are stated inclusive of GST.

#### Foreign Currencies

Transactions in foreign currency have been converted at the date of payment or receipt.

Year end balances in foreign currency have been converted at the exchange rate ruling at balance date.

#### Investments

Investments are recorded at the lower of cost and net realisable value.

Where in the Directors' opinion, there has been a permanent reduction in the value of the investments, this has been brought to account in the current period.

#### Accounts Receivable

Receivables are stated at their estimated net realisable value. Bad debts are written off in the year in which they are identified.

### 3. Securities and Guarantees of Liabilities

There are no securities held over the company's assets.

|  | 2017 | 2016 |
|---|---:|---:|
| **4. Fixed Asset Summary** | | |
| **Computer Software** | | |
| Computer Software | 966 | 966 |
| Less: Accumulated Depreciation | (724) | (483) |
| **Total Computer Software** | **241** | **483** |
| **Total Fixed Asset Summary** | **241** | **483** |

|  | 2017 | 2016 |
|---|---:|---:|
| **5. Income Tax Expense** | | |
| **Net Profit (Loss) per Financial Statements** | | |
| Current Year Earnings | 12,604 | 27,583 |
| **Total Net Profit (Loss) per Financial Statements** | **12,604** | **27,583** |
| **Additions to Taxable Profit** | | |
| Imputation Credits on Dividends Received | - | - |
| **Total Additions to Taxable Profit** | **-** | **-** |
| **Deductions from Taxable Profit** | | |
| Shareholder Salary | 12,604 | 27,583 |
| Losses Brought Forward | - | - |
| **Total Deductions from Taxable Profit** | **12,604** | **27,583** |
| Taxable Profit (Loss) | - | - |
| Tax Payable at 28% | - | - |
| **Additions to Tax Payable** | | |
| Opening Balance | (39) | (151) |
| Income Tax Refunded | 39 | 151 |
| **Total Additions to Tax Payable** | **-** | **-** |
| **Deductions from Tax Payable** | | |
| Provisional Tax Paid | - | - |
| Resident Withholding Tax | - | 39 |
| Terminal Tax Paid | - | - |
| **Total Deductions from Tax Payable** | **-** | **39** |
| Income Tax Payable (Refund Due) | - | (39) |

### 6. Imputation Credit Account

At 2017 the balance in the company's Imputation Credit Account (representing the maximum amount of tax credits available to be attached to future dividends paid by the company) amount to nil. (2016 - $39.22).

### 7. Audit

The financial statements have not been audited.

### 8. Contingent Liabilities

At balance date there are no known contingent liabilities. (2016 : Nil )

### 9. Capital Commitments

The directors do not envisage any commitment for capital expenditure not already provided for in the financial statements as at 2017 as was the position as in 2016.

### 10. Share Capital

All shares have equal voting rights and share equally in dividends and surplus on winding up.

### 11. Events Occurring after Balance Date

The directors are not aware of any matter or circumstance since the end of the financial year, not otherwise dealt with in these reports or financial statements that has significantly or may significantly affect the operation of Hayst Holdings Limited, the results of those operations or the state of affairs of the company.



# Compilation Report

## Hayst Holdings Limited
## For the year ended 31 March 2017

Compilation Report to the Directors of Hayst Holdings Limited

### Scope

On the basis of information provided and in accordance with Service Engagement Standard 2 Compilation of Financial Information, we have compiled the financial statements of Hayst Holdings Limited for the year ended 31 March 2017.

These statements have been prepared in accordance with the accounting policies described in the Notes to these financial statements.

### Responsibilties

The Directors are solely responsible for the information contained in the financial statements and have determined that the Special Purpose Reporting Framework used is appropriate to meet your needs and for the purpose that the financial statements were prepared.

The financial statements were prepared exclusively for your benefit. We do not accept responsibility to any other person for the contents of the financial statements.

### No Audit or Review Engagement Undertaken

Our procedures use accounting expertise to undertake the compilation of the financial statements from information you provided. Our procedures do not include verification or validation procedures. No audit or review engagement has been performed and accordingly no assurance is expressed.

### Disclaimer

We have compiled these financial statements based on information provided which has not been subject to an audit or review engagement. Accordingly, we do not accept any responsibility for the reliability, accuracy or completeness of the compiled financial information contained in the financial statements. Nor do we accept any liability of any kind whatsoever, including liability by reason of negligence, to any person for losses incurred as a result of placing reliance on these financial statements.

_____

**Mackay Bailey Limited**

**Commercial and Rural Chartered Accountants**

**Christchurch**
Dated: 5 July 2019