UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**HONORABLE JANIS L. SAMMARTINO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MATTHEW ISAAC WOLFE (2),<br><br>AMBERLYN DEE NORED (6)<br><br>　　　　　　Defendants. | Criminal No. 19CR4488-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the motion hearing/trial setting currently set for MAY 7, 2021 at 2:00 p.m. in this Court is continued and reset for JUNE 25, 2021 at 2:00 p.m. in this Court.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated: May 3, 2021

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING
1
19 CR 4488-JLS