UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**HONORABLE JANIS L. SAMMARTINO**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW ISAAC WOLFE (2), <br><br> Defendant. | Criminal No. 19CR4488-JLS <br><br> ORDER APPROVING CONTINUANCE OF MOTION HEARING RE: DISCLOSURE OF VICTIMS CURRENTLY SET FOR JANUARY 21, 2022 AT 2:00 P.M. AND RESETTING THE MOTION HEARING FOR FEBRUARY 11, 2022 AT 2:00 P.M. |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the motion hearing currently set for JANUARY 21, 2022 at 2:00 p.m. in this Court is continued and reset for FEBRUARY 11, 2022 at 2:00 p.m. in this Court. All other dates set by this Court will remain the same.

**IT IS HEREBY ORDERED** that time is excluded under the Speedy Trial Act pursuant to Title 18 U.S.C. §3161(h)(7)(B)(ii).

**IT IS SO ORDERED.**

Dated: January 19, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING
1
19 CR 4488-JLS