LUPE RODRIGUEZ, ESQ. (SBN 175449)
LAW OFFICE OF LUPE RODRIGUEZ, Jr. APC
402 West Broadway, Suite 400
San Diego, CA 92101
(619) 241-2105 (phone)
(619) 241-2106 (fax)
LRodriguez@LRodLaw.com

Attorney for Defendant Matthew Isaac Wolfe (2)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### HONORABLE JANIS L. SAMMARTINO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MATTHEW ISSAC WOLFE (2),<br><br>    Defendant. | Criminal Case No.: 19CR4488-JLS<br><br>**JOINT MOTION TO CONTINUE THE MOTION HEARING CURRENTLY SCHEDULED FOR MAY 6, 2022 AT 2:00 P.M. TO JUNE 17, 2022 AT 2:00 P.M.** |

Defendant, Matthew Issac Wolfe (2) ("Mr. Wolfe") by and through, Lupe Rodriguez, Jr., his counsel of record, with the consent of the government, by and through Assistant United States Attorneys Joseph F. Greene and Alexandra Foster, hereby jointly move this Court for an Order approving a continuance of the motion hearing for Mr. Wolfe.

The parties ask this Court to continue the motion hearing from the current date of May 6, 2022 at 2:00 p.m. to June 17, 2022 at 2:00 p.m..

//

//

1       A superseding indictment was file on February 11, 2022 adding additional
2 counts against Mr. Wolfe.  Additionally, discovery related to the superseding
3 indictment was recently produced by the Government including a 10 TB hard
4 drive of additional discovery which was produced on April 29, 2022.  Counsel
5 for Mr. Wolfe is still reviewing and organizing the discovery and needs
6 additional time to complete the review of discovery with Mr. Wolfe before
7 proceeding with additional motions and the setting of a trial date.
8       This continuance will allow counsel to provide the Court with a status of
9 that review and to determine when motion and trial dates might be set. As such,
10 the requested continuance of the motion hearing is necessary for counsel to
11 properly represent Mr. Wolfe.
12       Mr. Wolfe is currently in federal custody and has no objection to this joint
13 request for a continuance of the motion hearing.
14       Moreover, this Court has already excluded time under the Speedy Trial Act
15 by its Order dated December 4, 2019.  That Order excluded time pursuant to Title
16 18 U.S.C. §3161(h)(7)(B)(ii).  The parties also stipulate to the exclusion of tiem
17 under the Speedy Trial Act in the interests of justice to allow counsel for Mr.
18 Wolfe to properly review discovery and to prepare Mr. Wolfe for how the case
19 will proceed.
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

This Motion is based on this pleading, and any and all other oral or written information supplied to the Court upon the hearing of this Motion.

Dated:  May 4, 2022                    Respectfully submitted,

              __s/ Lupe Rodriguez, Jr.
              Lupe Rodriguez, Jr.
              Attorney for Defendant
              Matthew Isaac Wolfe (2)

              _s/ Joseph F. Greene
              Joseph F. Greene
              Assistant United States Attorney

              s/ Alexandra Foster
              Alexandra Foster
              Assistant United States Attorney