JEREMY D. WARREN
State Bar No. 177900
Warren & Burstein
501 West Broadway, Suite 240
San Diego, CA 92101
(619) 234-4433
jw@wabulaw.com

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19cr4488-JLS |
|---|---|
| Plaintiff, | Defendant's letter for the Court's consideration at sentencing |
| v. | |
| MATTHEW WOLFE, | |
| Defendant. | |

Attached is Mr. Wolfe's letter to the Court.

Respectfully submitted,

Dated: March 19, 2024

*s/ Jeremy Warren*
Jeremy Warren

1

Matthew Wolfe
#89771-298
MCC San Diego
808 Union Street
San Diego, CA 92101

March 18, 2024

Dear Judge Sammartino,

I am grateful for the opportunity to talk to Your Honor for the first time in over four years.  I hope that this letter gives you more insight into who I am and how I got involved.  I am truly sorry for the massive mistakes I've made, and not a day has gone by that I don't regret my participation in this nightmare.

I want to make it clear that nothing in this letter is meant to take away from what the women are going through.  Nor is this an excuse for my conduct.  I know I deserve to be punished, and I simply want to provide the Court some context.

**Hired by Pratt**

In 2011, Pratt reached out an extended an offer:  come work for him in America, flights and accommodation paid for.  Though he was a familiar face, he was not my friend.  We went to the same elementary school, but that was it.  All I knew about him at the time was that he was working for himself in the adult film industry.  He showed me his website, girlsdoporn.com, which was already up and running.  Other than that, I knew nothing about the adult entertainment industry.

He said the job would be working on the backend of the website, and computer tech support.  The fact that it was a porn company did not influence my decision at all; for me the draw was computer work and the chance to see America.  I was hoping to do some traveling, save some money, and then transition to projects that interested me more like application design or working for a computer support company.

When I arrived, Pratt had been running GDP for three or four years.  I did tech support and ran personal errands.  I made $500 per week.  He had me learn Quickbooks and bookkeeping and help with payroll and company taxes. My hourly rate eventually increased, but I was never CEO or CFO.  At that time, I was not involved in the filming or video production, and I didn't meet the models.

After a couple of years, Pratt invited me to a filming session.  He had an idea for a project, solo videos for a new spin-off, girlsdotoys.  He said he would fund it and I would film it, and he offered me a 50/50 ownership.  Pratt explained that the solo videos were a bonus for his customers. I agreed, and this is when I started filming for Pratt.

1

This was also the first time I had any interaction with the models.  I pleaded guilty to my involvement in the fraud that took place, and I accept my punishment for that.  At the same time, I want Your Honor to know that I did not participate in, witness, or condone any sexual assault or mistreatment of any of the women.  Every woman I dealt with was free to leave at any time and, in fact, some changed their minds and did leave before filming started.

**Working for Pratt**

I want to share what it was like working for Pratt.  He was violent, manic, and he belittled everyone around him.  He would constantly punch holes in the walls and break computer monitors, sometimes over small things like his mouse not working.  One time he threatened a co-worker with a screwdriver and threw a desk in anger.

Pratt made it clear this was *his* company.  He directed everyone, and everyone answered directly to him.  All decisions, payments, shoots, bookings, uploads, editing, purchases, had to get the OK from Pratt before they happened.

I didn't realize at the time how much control he had over me.  He was terrifying to work for.  He manipulated me and strung me along for years.  He was using this so-called "ownership" in GDT as a lure to keep me from leaving.  In truth, he knew it wasn't going to make any profits (and it never did).

It's hard to explain but it felt impossible to stand up to him.  And it wasn't so simple to leave.  At that point, I had two young children and was in a long-term relationship. Getting new work permits was a long and difficult process.  If I left, I would have no choice but to go back to New Zealand, and I did not want to break apart our family.

**My family**

The most important thing in my life is Shannon and my sons.  When I first met her, she told me she was pregnant and the father was not going to be involved.  I was heartbroken that she would have to do this alone.  I was there for Roman's birth and have been ever since. I am his father. We were fortunate to have a second boy, Reign, 5 years later. Both are smart, well behaved, emotionally intelligent kids.

My youngest was only 1½ when I was arrested and my oldest was 6 ½.  They are now 11 and 6.  Reign does not remember me outside of jail. Roman does however, and me disappearing from his life has affected him greatly.  Shannon was instrumental in getting him help and therapy and making sure his home and school life are both positive environments.

However, I can't change the fact that I'm noticeably absent from their lives and will be for the foreseeable future.  I miss all 3 of them dearly. They visit when they can, and we speak on the

2

phone.  But this is not the life I envisioned for myself or my sons.  I failed my children, and I failed Shannon.

I have also failed my parents, step-parents and sister.  I am deeply ashamed to have put them through this.  My parents raised me better than this and I will spend the rest of my life trying to make it up to them.

**To the victims**

To the women and their families, I am sorry with every fiber of my being.  I feel absolutely disgusted by the fact that they were lied to about the distribution of the video when they were hired. I am truly ashamed of my involvement.

There are no words for what the women went through when their videos were released.  I've read the victim statements and transcripts of other sentencing hearings, and I've heard some of the women speak to me already.  I know lives were destroyed.

My words are just the beginning and I know may feel like empty promises.  However, I plan to turn my words into actions to right some of the wrongs that I did.  I want to help keep these videos off the internet.  I would like to work with organizations against sex-trafficking to educate others to prevent this from ever happening again.

**Next steps**

Your Honor, jail for the last 4 ½ years has been harrowing.  I live amongst dangerous people, gang members and heavy drug users. I have witnessed brutal beatings and hard drug use.  The only thing I could think to do when I saw this with my own two eyes is help.  I've counseled many people by talking about their relationship/family issues and recommending communication, honesty and forgiveness as resolutions.

I've also tried to put my time in here to good use.  I taught myself Javascript (a computer programming language) and taught other inmates how to code. I created a technical computing section at GEO's library.  I began learning Mandarin Chinese and Spanish.  I've read dozens of non-fiction books on various topics and then donated them to other inmates. Recently, I started learning the guitar.

My main goals for prison are to find a position that lets me help others like teaching computer classes.  I aim to come out with a bachelor's degree and on my way towards fluency in Spanish and Mandarin. I also would like to learn another trade like electrician.

I know you have two sides to balance in your calculation for punishment. I just ask that you consider what I have achieved with my existing time in custody, the fact I will never work in that industry again, nor will I commit any other crime.  I am a loving father, but my kids are

3

growing up without me.  I want to be in their lives to ensure they make good decisions, and receive my love and care.  I want to help Shannon, who is doing it all by herself.

Ending where I started, after years of reflection, I'm disgusted in myself.  But deep down I am a good person at heart who can do more good in the community if given the chance.

Thank you for taking the time to hear from me.

Matthew Wolfe